**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LIZ JENNY GUINN,**

        **Plaintiff,**

  **vs.**                             **CIV No.  1:16-00689-SMV**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

        **Defendant.**

**<u>ORDER GRANTING EXTENSION</u>**

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time (Doc. 11), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through December 19, 2016, to file her answer or otherwise respond to Plaintiff's Complaint.

    SIGNED  <u>November 18</u> , 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 11/17/2016*
KATHRYN BOSTWICK
Special Assistant United States Attorney

*Electronically approved 11/17/2016*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff