IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH JENNEY GUINN

        Plaintiff,

vs.                                                         No. 1:16-CV-00689-SMV

NANCY A. BERRYHILL,[1] Acting
Commissioner of the Social Security,

        Defendant.

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through February 10, 2017, to serve her Motion to Reverse and Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through April 13, 2017 to serve her Response, and Plaintiff through April 27, 2017 to serve her reply.

                                          HONORABLE STEPHAN M. VIDMAR
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Submitted and Approved By:

<u>/s/Michael D. Armstrong</u>
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860


<u>Email Approval on February 7, 2017</u>
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax