IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LIZ JENNEY GUINN,

        Plaintiff,

vs.                       No.    1:16-CV-00689-SMV

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security,

        Defendant.

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through June 5, 2017, to serve her Reply to Defendant's Response to Motion to Reverse and Remand Administrative Agency Decision with Supporting Memorandum.

                                          _____
                                          HONORABLE STEPHAN M. VIDMAR
                                          UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/ William S. Rode*
William S. Rode
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860



Email Approval on May 30, 2017
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax